**IT IS ORDERED as set forth below:**

**Date: October 10, 2018**

*Paul Baisier*

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| In re: | | CASE NUMBER |
|---|---|---|
| **TWANISHA ONI ROBERTS,** | | **18-65399-PMB** |
| Debtor. | | CHAPTER 13 |

### ORDER (I) DENYING DEBTOR'S
### MOTION TO EXTEND STAY AND (II) DISMISSING CASE

This matter comes before the Court on a pleading filed by the Debtor referenced above (the "Debtor") entitled *Emergency Motion* (Docket No. 18)(the "Motion") on October 9, 2018.  In the Motion, the Debtor seeks to extend the automatic stay in this case, as it is her second bankruptcy case filed within the last year.  The Debtor asserts in the Motion that she filed this case in good faith, and requests additional time to obtain counsel to assist her in the prosecution of this case.

As noted in the Motion, the Debtor has a prior bankruptcy case that was dismissed within the twelve (12) month period that preceded the filing of this case, Case No. 18-50881-PMB (the "Prior Case").  In fact, the order of dismissal in the Prior Case (Prior Case, Docket No. 31)(the

"Dismissal Order") was entered with a finding under 11 U.S.C. § 109(g), rendering the Debtor ineligible to file another Chapter 13 case for a period of 180 days from the date of the Dismissal Order. The Dismissal Order was entered on April 10, 2018 and this case was filed on September 13, 2018; accordingly, the Debtor filed this case only 156 days after the Dismissal Order in violation of the Section 109(g) finding in the Dismissal Order.

Moreover, for the automatic stay of this case to be extended pursuant to 11 U.S.C. § 362(c)(3)(B), the Debtor must show that she filed this case in good faith. The fact that this case was filed in violation of the Section 109(g) finding of the Dismissal Order, however, suggests a lack of good faith on the part of the Debtor.

Upon consideration of the foregoing, it is hereby

**ORDERED** that the Motion is **DENIED**. And it is further

**ORDRED** that this case is **DISMISSED**.

The Clerk is directed to serve a copy of this Order upon the Debtor, the Chapter 13 Trustee, the United States Trustee, and all parties on the mailing matrix in this case.

**[END OF DOCUMENT]**